■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER W. VOIGT, Appellant, v. PAUL REGAN, as Chairman of the New York State Board of Parole, et al., Respondents.— Judgment, Supreme Court, Albany County, entered on September 20, 1974, affirmed, without costs, on the opinion of Larkin, J. at Special Term. Herlihy, P. J., Greenblott, Kane and Main, JJ., concur; Sweeney, J., dissents and votes to reverse in the following memorandum. Sweeney, J. (dissenting). I adhere to my views expressed in *Matter of Mullins* v. *State Bd. of Parole* (43 A D 2d 382, app. dsmd. as moot, 35 N Y 2d 992), and, therefore, vote to reverse.